BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, <br><br>Defendants, <br><br>v. <br><br>TERRY E. SMITH, individually; TERRY E. SMITH, individually and Doing Business as ESSAYONS, INC.; ESSAYONS, INC., a California Corporation, <br><br>Defendants. | No. C05-04209 WDB <br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** ~~XXXXXXX~~ **(~~PROPOSED~~) ORDER** <br><br>Date: February 15, 2006 <br>Time: 4:00 P.M. <br>Courtroom: 4 |

**TO:    THE CLERK OF THE COURT AND DEFENDANTS TERRY E. SMITH, individually; TERRY E. SMITH, individually and Doing Business as ESSAYONS, INC.; and ESSAYONS, INC., a California Corporation:**

Pursuant to Civil Local Rule 7-10(b), Plaintiffs hereby request that the Initial Case Management Conference scheduled for February 15, 2006, be continued for 90 days.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order, Case No. C05-04209 WDB

1   Defendants have not filed an Answer or otherwise responded to the Complaint which was
2   served on November 1, 2005, and for which proof of service was filed before this Court with the
3   Summons on February 1, 2006.
4   On February 8, 2006, Plaintiffs will file a Request to Enter Default in this matter and will
5   be scheduling a hearing date with the Court to enter default.
6   The above stated facts are set forth in the accompanying declaration of Bruce A. Harland in
7   Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated:   February 8, 2006

                                    WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation


                            By:    /s/ BRUCE A. HARLAND
                                    BARRY E. HINKLE
                                    NICOLE M. PHILLIPS
                                    BRUCE A. HARLAND
                                    Attorneys for Plaintiffs


### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management

Order and Declaration of Bruce A. Harland in Support of Ex Parte Application to Continue Case

Management Conference, the Court orders a continuance of the Case Management Conference for

until May 17, 2006, at 1:30 p.m.

~~90 days, or as soon thereafter as a court date is available.~~


Dated:  2/8/06

                                    _____
                                    IT IS SO ORDERED
                                    /s/ Wayne D. Brazil
                                    Judge Wayne D. Brazil
                                    HONORABLE
                                    UNITED STATES MAGISTRATE JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order, Case No. C05-04209 WDB

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 8, 2006, I served upon the following parties in this action:

> TERRY E. SMITH, individually
> TERRY E. SMITH, individually and dba ESSAYONS, INC.
> ESSAYONS, INC.
> 2409 Oberlin Road
> Yreka, CA 96097

copies of the document(s) described as:

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER; and DECLARATION OF BRUCE A. HARLAND IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER; and CASE MANAGEMENT STATEMENT; and REQUEST FOR ENTRY OF DEFAULT; and DECLARATION OF BRUCE A. HARLAND IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

[ ] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[X] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on February 8, 2006.

*/s/* Rhonda Fortier-Bourne
Rhonda Fortier-Bourne

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order, Case No. C05-04209 WDB