UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTERS, et al, | No. C 05-4209 WDB |
| Plaintiffs. | ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| SMITH, et al., | |
| Defendants. _____/ | |

On May 17, 2006, the Court held an Initial Case Management Conference in this case. Bruce A. Harland appeared on behalf of Plaintiffs. Mr. Harlan confirmed that Plaintiff served notice on Defendants of this Initial Case Management Conference, which was continued from February 15, 2006 until today. Despite receiving notice, however, there was no appearance at the conference by any Defendant or anyone acting on behalf of any Defendant. For reasons explained on the record, the Court ORDERS as follows:

1. Plaintiffs intend to file a Motion for Default Judgment. This Motion will be heard in this Court on **July 26, 2006 at 1:30 p.m.**

2. Plaintiffs must serve notice of their Motion and all Motion papers on Defendants. Plaintiffs must also explain to Defendants <u>in writing</u> that, despite having not yet appeared in this matter, Defendants have an absolute right to and should appear in opposition

to the Motion for Default Judgment, and that the failure to do so will likely result in a substantial monetary judgment against Defendants.

IT IS SO ORDERED.

Dated: May  17, 2006

                                                      */S/ Wayne D. Brazil*

                                                     _____
                                                     WAYNE D. BRAZIL
                                                   United States Magistrate Judge

Copies to:
       All parties,
       WDB, Stats.