**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ken Walters and John Bonilla as
Trustees of the Operating Engineers
Health and Welfare Trust Fund, et al,

Plaintiffs,

v.

Terry E. Smith, an individual, Terry
E. Smith, individually and dba
Essayons, Inc., Essayons Inc., a
California corporation,

Defendants.

_____/

No.  C-05-4209 WDB

**ORDER DIRECTING CLERK TO
SEAL DOCUMENTS AND
DIRECTING PLAINTIFFS TO FILE
REDACTED VERSIONS**

The Court ORDERS the Clerk of the Court to remove (1) the Complaint,
filed October 18, 2005, (docket number 1) **and** (2) Exhibit E to the McBride
Declaration (docket number 20 at linked document #5) from the public access
ECF system and to file them UNDER SEAL.

These documents contain private social security numbers of individuals not
parties to this case.

Plaintiffs immediately MUST FILE another copy of the full Complaint and
another copy of Exhibit E to the McBride Declaration with all social security
numbers REDACTED.

1

1    The Court PROHIBITS plaintiffs from filing any documents that contain

2  any person's social security number without having redacted those numbers.

3    **The Court ORDERS plaintiffs to serve a copy of this Order on**

4  **defendants immediately.**

5  IT IS SO ORDERED.

6  Dated: June 13, 2006

7                                              /s/  Wayne D. Brazil
                                               WAYNE D. BRAZIL
                                               United States Magistrate Judge

8  Copies to:
   Plaintiffs with direction to serve defendants,
9  wdb, stats

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28