UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ken Walters and John Bonilla as Trustees of the Operating Engineers Health and Welfare Trust Fund, et al,<br><br>  Plaintiffs,<br><br>  v.<br><br>Terry E. Smith, an individual, Terry E. Smith, individually and dba Essayons, Inc., Essayons Inc., a California corporation,<br><br>  Defendants.<br>_____/ | No. C-05-4209 WDB<br><br>**ORDER GRANTING REQUEST TO CONTINUE HEARING AND REVISE BRIEFING SCHEDULE RE MOTION FOR DEFAULT JUDGMENT** |

The Court has considered plaintiffs' letter, filed June 30, 2006, and ORDERS as follows.

**By July 21, 2006,** plaintiffs must file with the Court and serve on defendants the supplement submissions described in the Court's Order for Supplemental Information re Motion for Default Judgment, filed June 14, 2006.

**By August 4, 2006**, DEFENDANTS MUST respond to any matters in plaintiffs' July 21st submission and also may respond to any matters in plaintiffs' original Motion and supporting papers.

//

//

1

1 **On Wednesday, August 30, 2006, at 3:30 p.m.**, the Court will conduct a
2 hearing in connection with plaintiffs' Motion for Default Judgment.
3 **<u>The Court ORDERS plaintiffs to serve a copy of this Order on</u>**
4 **<u>defendants immediately.</u>**
5 IT IS SO ORDERED.
6 Dated: July 14, 2006

/s/ Wayne D. Brazil
7 WAYNE D. BRAZIL
United States Magistrate Judge

8 Copies to:
Plaintiffs with direction to serve defendants,
9 wdb, stats

2