United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, *ET AL.*,

    Plaintiffs,

  v.

TERRY E. SMITH, *ET AL.*,

    Defendants.
                          /

No. C 05-04209 WHA

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

      The Court is in receipt of the report and recommendation on plaintiff's motion for default judgment, filed on May 19, 2006, by Magistrate Judge Brazil. This order adopts the findings therein. Judgment will be entered in accordance with the report.

      **IT IS SO ORDERED.**

Dated: September 25, 2006

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE